## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERIC MICHEAL FITCH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-16903** |
| **DANIEL LASSUS** | **SECTION: "B" (4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

**IT IS ORDERED** that Eric Micheal Fitch's § 1983 claims for wrongful arrest by the defendant, Deputy Sheriff Daniel Lassus are **STAYED** and **ADMINISTRATIVELY CLOSED** for statistical purposes until such time as Fitch's state criminal charges have ended.

**IT IS FURTHER ORDERED** that the plaintiff move to reopen the matter within thirty (30) days following resolution of his state felony criminal charges, including any direct appeal or immediate supervisory review, and include notification to the Court in writing whether Fitch was convicted or acquitted.

New Orleans, Louisiana, this 3rd day of April, 2017.

SENIOR UNITED STATES DISTRICT JUDGE